ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2016 DEC 12 PM 3:16
CLERK M. ariw
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| ANTONIO BROWNER, | ) |
| Plaintiff, | ) |
| v. | ) CV 316-085 |
| BARBARA GRANT, Unit Manager; LISA FOUNTAIN, Interim Manager; HOMER BRYSON, Comissioner; MS. LEWIS, Deputy Warden of Care and Treatment; PHILLIP HALL, Warden; RODNEY MCCLOUD, Deputy Warden of Security and Supervisor of the Tier II Program; FREDRICK JOHNSON, Unit Manager; and MICHEAL WOODS, C/O II, | ) |
| Defendants. | ) |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation ("R&R"), to which objections have been filed. (Doc. no. 7.) Plaintiff does not offer any new information, evidence, or argument that warrants a deviation from the Magistrate Judge's recommendation. Accordingly, the Court **OVERRULES** Petitioner's objections, **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DENIES** Plaintiff's request to proceed IFP (doc. no. 4), **DENIES AS MOOT** Plaintiff's Motion to Appoint Counsel (doc. no. 3), **DISMISSES** this

case without prejudice, and **CLOSES** this civil action.

SO ORDERED this 12th day of December, 2016, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE